

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THE BURLINGTON INSURANCE COMPANY                                        PLAINTIFF

V.                                                    CIVIL ACTION NO.: 3:05CV233TSL-AGN

RAM P. PURI, INDIVIDUALLY and
D/B/A LEO'S SHOPPING PLACE,
and KATINA McCHRISTIAN ON BEHALF
OF THE KNOWN and UNKNOWN
WRONGFUL DEATH BENEFICIARIES
OF JAMES EARL McCHRISTIAN                                              DEFENDANTS

## ORDER OF DISMISSAL WITHOUT PREJUDICE

UPON motion of the Plaintiff, and upon being advised that a settlement has been reached but not yet finalized in the above styled and numbered cause, the Court finds that said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the above referenced lawsuit including all claims and counterclaims is hereby dismissed without prejudice, with each party to bear its own costs.

SO ORDERED, ADJUDGED AND DECREED this the 14th day of July, 2006.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

304306.WPD